JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case No. EDCV 08-1044-VAP |
|---|---|---|
| Plaintiff/Respondent, | ) ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| ALEJANDRO MUNOZ HERNANDEZ, | ) ) ) ) | |
| Defendant/Petitioner. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DENIED and this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 24, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge